BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JACK B. HAYCOCK, IDAHO STATE BAR NO. 2942
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BLANDON LEIF COBY,<br><br>Defendant. | Case No. CR-19-380 E-BLW<br><br>**INDICTMENT**<br><br>18 U.S.C. § 4 |

The Grand Jury charges:

### COUNT 1

**Misprision of Felony
18 U.S.C. § 4**

On or about February 3, 2018, in the District of Idaho, the defendant, BLANDON LEIF COBY, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, the second degree murder of A.P., did conceal the same by assisting with moving and hiding the victim's body and did not as soon as possible make known the same to

**INDICTMENT** - 1

some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4.

Dated this 26th day of November, 2019.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
JACK B. HAYCOCK
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 2